# NO. 12-16-00165-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JOHNNY CRUSETURNER,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Johnny Cruseturner filed this original mandamus proceeding complaining of the trial court's failure to rule on his motions for appointment of an attorney, speedy trial, and bench warrant. On November 8, 2016, the trial court signed orders appointing counsel and denying Relator's motions for speedy trial and bench warrant. Thus, Relator has obtained the relief sought in his petition for writ of mandamus. Accordingly, we ***dismiss*** Relator's petition for writ of mandamus as ***moot***. *See* TEX. R. APP. P. 52.8(a).

Opinion delivered November 16, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

NOVEMBER 16, 2016

NO. 12-16-00165-CR

**JOHNNY CRUSETURNER,**
Relator
V.

**HON. CHARLES R. MITCHELL,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Johnny Cruseturner; who is the relator in Cause No. 6876, pending on the docket of the 273rd Judicial District Court of Sabine County, Texas. Said petition for writ of mandamus having been filed herein on June 13, 2016, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*